STATE OF NEW JERSEY v. KEVIN SABATINI.

October 11, 1983.

Petition for certification denied.

EASTON NORTH v. FRANKLIN TOWNSHIP BOARD
OF ADJUSTMENT.

October 11, 1983.

Petition for certification denied.

TOWNSHIP OF OCEAN v. SIDNEY GLASER, DIRECTOR,
DIVISION OF TAXATION.

October 11, 1983.

Petition for certification denied.

NADINE FINAN v. CHARTER SAVINGS &
LOAN ASSOCIATION.

October 11, 1983.

Petition for certification granted.